| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 4:07cr169 |
| | § | (Judge Crone) |
| JACK ULRIC SWEESY | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 3, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Modify Restitution Payment (Dkt. #46) be denied without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendant's Motion to Modify Restitution Payment (Dkt. #46) is **DENIED**. After Defendant exhausts his administrative remedies, he may file a 28 U.S.C. § 2241 petition in the Northern District of Texas.

SIGNED at Beaumont, Texas, this 11th day of May, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE